UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60222-LEIBOWITZ/AUGUSTIN-BIRCH

**DASHLINE NEMORIN**,

   *Plaintiff*,

v.

**URBAN LEAGUE OF BROWARD COUNTY, INCORPORATED**,

   *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion for Leave to File Plaintiff's Amended Complaint (the "Motion") [ECF No. 21], filed on April 18, 2025. Plaintiff seeks to amend the Complaint to remove Count I and allegations related to these counts against Defendant as well as including specific factual allegations supporting the other claims. [ECF No. 21 ¶ 3]. Federal Rule of Civil Procedure 15 allows amendment of a pleading "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Here, Defendant does not oppose Plaintiff's requested relief. Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 21**] is **GRANTED.** Plaintiff may file an amended complaint **no later than April 28, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on April 21, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record